AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Albritton, William H. | **2. Court or Organization**<br><br>District Court-MD Alabama | **3. Date of Report**<br><br>05/15/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Senior Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2014<br>to<br>12/31/2014 |
| **7. Chambers or Office Address**<br><br>P.O. Box 629<br>Montgomery, AL 36101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | UBS Financial Services Inc. -IRA-Distributions | $10,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | TV CABLE CO OF ANDALUSIA- COMMON STOCK | C | Dividend | L | W | | | | | |
| 2. | | | | | | | | | | |
| 3. | SERVISFIRST BANK ACCOUNTS (FORMERLY SERVISTFIRST BANK - SAVINGS ACCOUN | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | | |
| 5. | BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 6. | -BLACKROCK GLOBAL ALLOCATION FD INC C | C | Dividend | K | T | | | | | |
| 7. | -UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 8. | | | | | | | | | | |
| 9. | TRUST #2 | E | Int./Div. | O | T | | | | | |
| 10. | -UBS BANK USA DEP ACCOUNT | | | | | | | | | |
| 11. | -ALTRIA GROUP INC | | | | | | | | | |
| 12. | -APPLE INC | | | | | | Buy | 07/31/14 | K | | |
| 13. | -AT&T INC | | | | | | Buy | 03/19/14 | K | | |
| 14. | -BCE INC | | | | | | | | | | |
| 15. | -EXXON MOBIL CORP COM | | | | | | Donated (part) | | | | |
| 16. | -GENERAL ELECTRIC | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -GLAXOSMITHKILINE PLC ADR | | | | | | | | | |
| 18. -INTL BUSINESS MACHINES CORP IBM | | | | | | | | | |
| 19. -KINDERMORGAN INC (FORMERLY KINDERMORGAN ENERGY PARTNERS LP) (X) | | | | | | | | | |
| 20. -KINDERMORGAN ENERGY PARTNERS LP | | | | | Merged (with line 19) | 11/28/14 | J | | |
| 21. -KINDERMORGAN ENERGY PARTNERS LP | | | | | Sold | 11/28/14 | J | B | |
| 22. -NEW MEDIA INVT GROUP INC (SPINOFF OF NEWCASTLE INVESTMENT CORP) | | | | | | | | | |
| 23. -NEW SENIOR INVT REIT (SPINOFF OF NEWCASTLE INVT CORP REITS) | | | | | | | | | |
| 24. -NEWCASTLE INVT CORP NEW REIT (FORMERLY NEWCASTLE INVT CORP REITS) | | | | | | | | | |
| 25. -NEWCASTLE INVT CORP REITS | | | | | Merged (with line 24) | 02/11/14 | J | | |
| 26. -PHILIP MORRIS INTL INC | | | | | | | | | |
| 27. -PPL CORPORATION | | | | | | | | | |
| 28. -REYNOLDS AMERICAN INC | | | | | | | | | |
| 29. -ROYAL DUTCH SHELL PLC | | | | | | | | | |
| 30. -VERIZON COMMUNICATIONS INC (SPINOFF OF VODAFONE GROUP PLC NEW SPON) | | | | | | | | | |
| 31. -VODAFONE GROUP PLC SPON ADR (FORMERLY VODAFONE GROUP PLC NEW SPON) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 32. -W P CAREY INC REIT | | | | | | | | | |
| 33. -SALIENT MLP & ENERGY | | | | | | | | | |
| 34. -BREITBURN ENERGY PARTNERS LP | | | | | | | | | |
| 35. -ENTERPRISE PRODUCTS PARTNER LP | | | | | | | | | |
| 36. -LINN ENERGY LLC UNITS REPSTG | | | | | | | | | |
| 37. -MEMORIA PRODTN PARNTERS LP | | | | | Buy | 03/19/14 | J | | |
| 38. -PLAINS ALL AMERN PIPL LP | | | | | | | | | |
| 39. -VANGAURD NAT RESOURCES MLP | | | | | | | | | |
| 40. -OPELIKA ALA PUB PK & REC | | | | | | | | | |
| 41. -LOWNDES CNTY ALA WTS | | | | | | | | | |
| 42. -MOBILE ALA PUB EDL BLDG | | | | | | | | | |
| 43. -HUNTSVILLE ALA CAP IMPT | | | | | | | | | |
| 44. -DAPHNE ALA WTS & IMPT | | | | | | | | | |
| 45. -ALABAMA ST BRD ED REV | | | | | | | | | |
| 46. -ISHARES IBOXXS HIGH YIELD CORP BOND FUND | | | | | | | | | |
| 47. -SPDR BARCLAYS S/T HI YLD ETF | | | | | | | | | |
| 48. -ALABAMA DRINKING WTR FIN | | | | | Redeemed | 01/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. -ELI LILLY & CO | | | | | Sold | 03/19/14 | K | D | |
| 50. -HI-CRUSH PARTNERS LP MLP | | | | | Sold | 03/19/14 | J | C | |
| 51. | | | | | | | | | |
| 52. IRA ACCOUNT #1 | A | Dividend | J | T | | | | | |
| 53. -UBS BANK USA DEP ACCT (FORMERLY CASH/MONEY ACCOUNTS) | | | | | | | | | |
| 54. -SPDR BARCLAYS S/T HI YLD ETF | | | | | Buy | 06/10/14 | J | | |
| 55. -VANGUARD INTERMEDIATE TERM BOND ETF | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. IRA ACCOUNT #2 | D | Dividend | M | T | | | | | |
| 58. -UBS BANK USA DEP ACCT (FORMERLY CASH/MONEY ACCOUNTS) | | | | | | | | | |
| 59. -ALTRIA GROUP INC | | | | | Sold | 06/11/14 | J | B | |
| 60. -APPLE INC | | | | | Buy | 07/25/14 | J | | |
| 61. -ASTRAZENECA PLC SPON ADR | | | | | Buy | 02/11/14 | J | | |
| 62. -AT&T INC | | | | | Buy | 02/11/14 | J | | |
| 63. | | | | | Sold | 07/07/14 | J | A | |
| 64. | | | | | Buy | 07/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. -BCE | | | | | | | | | |
| 66. -BRIETBURN ENERGY PARTNERS LP | | | | | Sold | 03/05/14 | J | A | |
| 67. -CDN IMPERIAL BK COMM CANADA | | | | | Buy | 02/11/14 | J | | |
| 68. -CENTURYLINK INC | | | | | Buy | 02/11/14 | J | | |
| 69. -CME GROUP INC | | | | | Buy | 12/11/14 | J | | |
| 70. -CORRECTIONS CORP OF AMER NEW | | | | | Buy | 03/05/14 | J | | |
| 71. -DIGITAL REALTY TRUST INC REIT | | | | | Buy | 03/05/14 | J | | |
| 72. -ELI LILLY & CO | | | | | Sold | 02/11/14 | J | C | |
| 73. -GLAXOSMITHKLINE PLC ADR | | | | | Sold (part) | 02/11/14 | J | B | |
| 74. | | | | | Sold | 07/25/14 | J | A | |
| 75. -HAWAIIAN ELECTRIC INDS INC | | | | | Buy | 03/05/14 | J | | |
| 76. -HEALTH CARE REIT INC SBI | | | | | Buy | 02/11/14 | J | | |
| 77. -HI-CRUSH PARTNERS LP MLP | | | | | Sold | 01/14/14 | J | B | |
| 78. -HOME PROPERTIES INC | | | | | Buy | 03/05/14 | J | | |
| 79. -ISHARES IBOXX HIGH YIELD CORP | | | | | Sold (part) | 02/11/14 | J | A | |
| 80. | | | | | Sold (part) | 03/05/14 | J | A | |
| 81. | | | | | Sold | 10/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. -JOHNSON & JOHNSON COM | | | | | Buy | 02/11/14 | J | | |
| 83. -KINDER MORGAN INC (FORMERLY KINDER MORGAN ENERGY PARTNERS LP) | | | | | | | | | |
| 84. -KINDER MORGAN ENERGY PARTNERS LP | | | | | Merged (with line 83) | 11/28/14 | J | | |
| 85. -KINDER MORGAN ENERGY PARTNERS LP | | | | | Sold | 11/28/14 | J | B | |
| 86. -LINN ENERGY LLC UNITS REPSTG | | | | | Sold | 02/11/14 | J | | |
| 87. -LORILLARD INC | | | | | Buy | 03/05/14 | J | | |
| 88. -NATIONAL GRID PLC NEW SPON ADR | | | | | Buy | 02/11/14 | J | | |
| 89. -PFIZER INC | | | | | Buy | 02/11/14 | J | | |
| 90. -PHILLIP MORRIS INTL INC | | | | | | | | | |
| 91. -PPL CORP | | | | | Sold (part) | 02/11/14 | J | A | |
| 92. -PROCTOR & GAMBLE CO | | | | | Buy | 02/11/14 | J | | |
| 93. -W.P. CAREY INC REIT | | | | | | | | | |
| 94. -SALIENT MLP & ENERGY | | | | | | | | | |
| 95. -REGENCY ENERGY PARTNERS LP | | | | | Buy | 10/17/14 | J | | |
| 96. -ISHARES 1-3 YR TREAS BOND ETF | | | | | Buy | 10/15/14 | J | | |
| 97. -ISHARES 1-3 YR CREDIT BOND ETF | | | | | Buy | 10/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98.  -ISHARES INTER CREDIT BOND ETF | | | | | Buy | 10/15/14 | J | | |
| 99.  -BLACKROCK GNMA PORTFOLIO INST CLASS | | | | | Buy | 10/16/14 | J | | |
| 100.  -LOCORR MANAGED FUTURES STRATEGY FUND CL I | | | | | Buy | 10/15/14 | J | | |
| 101.  -LORD ABBETT MULTI ASSET INCOME FUND CLASS F | | | | | Buy | 10/16/14 | J | | |
| 102.  -NEWCASTLE INVESTMENT CORP REIT | | | | | Merged (with line 103) | 02/11/14 | J | | |
| 103.  -NEWCASTLE INVESTMENT CORP NEW REIT (FORMERLY NEWCASTLE INVESTMENT C | | | | | Sold | 10/15/14 | J | | |
| 104.  -CLOROX CO | | | | | Buy | 02/11/14 | J | | |
| 105. | | | | | Sold | 03/05/14 | J | | |
| 106.  -ENSCO PLC CL A | | | | | Buy | 03/05/14 | J | | |
| 107. | | | | | Sold | 12/10/14 | J | | |
| 108.  -LRR ENERGY LP MLP | | | | | Buy | 02/11/14 | J | | |
| 109. | | | | | Sold | 12/02/14 | J | | |
| 110.  -MEMORIAL PRODTN PARTNERS LP MLP | | | | | Buy | 01/22/14 | J | | |
| 111. | | | | | Sold | 12/01/14 | J | | |
| 112.  -MERCK & CO INC NEW COM | | | | | Buy | 02/11/14 | J | | |
| 113. | | | | | Sold | 10/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 114.  -PLAINS ALL AMERN PIPL LP | | | | | Sold | 07/29/14 | J | C | |
| 115.  -REYNOLDS AMERN INC (HOLDING CO) | | | | | Buy | 02/11/14 | J | | |
| 116. | | | | | Sold | 10/15/14 | J | A | |
| 117.  -SENIOR HSG PROPERTIES TRUST SBI | | | | | Buy | 02/11/14 | J | | |
| 118. | | | | | Sold | 03/05/14 | J | A | |
| 119.  -SPDR BARCLAYS S/T HI YLD ETF | | | | | Sold (part) | 02/11/14 | J | A | |
| 120. | | | | | Sold | 10/15/14 | J | | |
| 121.  -VANGUARD NAT RESOURCES MLP | | | | | Sold | 10/10/14 | J | | |
| 122.  -VODAFONE GROUP PLC NEW SPON ADR | | | | | Sold | 01/17/14 | J | A | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William H. Albritton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544